TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division

ELIZABETH J. STEVENS VSBN 47445
Assistant Director

JEFFREY S. ROBINS NYSBN 4355244
Senior Litigation Counsel
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1246
FAX: (202) 305-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| AVTAR SINGH HEERA, | No. 11-CV-3380-LB |
| Plaintiff, | **STIPULATION TO HOLD MATTER IN ABEYANCE** |
| ALEJANDRO MAYORKAS, DIRECTOR, USCIS, et al., |  |
| Defendants. |  |

Defendants Alejandro Mayorkas, Director, U.S. Citizenship and Immigration Services ("USCIS"); Gerard Heinauer, Director, USCIS Nebraska Service Center; USCIS; Janet Napolitano, Secretary, U.S. Department of Homeland Security ("DHS"); DHS; Robert S. Mueller, Director, Federal Bureau of Investigation; Eric H. Holder, Jr., U.S. Attorney General, and Plaintiff Avtar Singh Heera, hereby stipulate to hold matters in abeyance in the above-referenced case for a period of ninety (90) days from the date of issuance of an order granting the stipulated abeyance. Defendant also agrees to respond to Plaintiff's Complaint for a Writ of Mandamus and Declaratory and Injunctive Relief at the close of this ninety (90) day period. In further support thereof, the parties say as follows:

1. Plaintiff filed Form I-589, applications for asylum with USCIS on June 7, 1999, and June 14, 1999.
2. On October 7, 1999, Plaintiff was granted asylum.
3. On October 10, 2000, Mr. Heera filed with USCIS his Form I-485, application to adjust status to that of a lawful permanent resident.
4. On July 8, 2011, Plaintiff filed his Complaint for a Writ of Mandamus and Declaratory and Injunctive Relief, which alleges that the delay in USCIS's adjudication of his application for adjustment of status violates 8 C.F.R. § 1209.2; the Administrative Procedure Act, and 28 U.S.C. § 1361.
5. After the filing of this Action, on August 25, 2011, USCIS issued Plaintiff a Notice of Intent to Terminate Asylum Status ("NOIT"), alleging that Plaintiff's asylum status is subject to termination based on a showing of fraud such that Plaintiff was not eligible for asylum when it was granted. Plaintiff is scheduled for an interview with USCIS on October 5, 2011, at 9:30 a.m.
6. Both parties recognize that forthcoming administrative action by USCIS on the NOIT may moot this matter.
7. A decision by USCIS whether to terminate Plaintiff's asylum status will allow USCIS continue to pursue its efforts to complete the adjudication of Plaintiff's adjustment of status application within ninety (90) days of the issuance of the abeyance order requested herein.

8. In the interest of judicial economy, the potential for adjudication of Plaintiff's adjustment of status application within ninety (90) days from the date of issuance of the abeyance order requested herein merits grant of the abeyance.

WHEREFORE, with good cause having been shown, the parties hereby request that this Court issue an order granting an abeyance of matters in this case for a period of ninety (90) days from the date of issuance of the abeyance order.

Dated: September 6, 2011                    Respectfully submitted,

                                            TONY WEST
                                            Assistant Attorney General

                                            ELIZABETH J. STEVENS
                                            Assistant Director

                                            /s/ Jeffrey S. Robins
                                            JEFFREY S. ROBINS
                                            Senior Litigation Counsel
                                            Office of Immigration Litigation
                                            Civil Division
                                            U.S. Department of Justice

Dated: September 6, 2011                     /s/ Shuting Chen (with consent)
                                            SHUTING CHEN
                                            Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated this ___ day of _____, 2011
                                            HON. LAUREL BEELER
                                            United States Magistrate Judge

STIPULATION TO HOLD MATTER IN ABEYANCE
No. 11-CV-3380-LB                                              3