TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division

ELIZABETH J. STEVENS VSBN 47445
Assistant Director

JEFFREY S. ROBINS NYSBN 4355244
Senior Litigation Counsel
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1246
FAX: (202) 305-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AVTAR SINGH HEERA,<br><br>Plaintiff,<br><br>ALEJANDRO MAYORKAS,<br>DIRECTOR, USCIS, et al.,<br><br>Defendants. | No. 11-CV-3380-LB<br><br>**STIPULATION TO HOLD MATTER IN ABEYANCE** |

1    Defendants Alejandro Mayorkas, Director, U.S. Citizenship and Immigration Services

2  ("USCIS"); Gerard Heinauer, Director, USCIS Nebraska Service Center; USCIS; Janet

3  Napolitano, Secretary, U.S. Department of Homeland Security ("DHS"); DHS; Robert S. Mueller,

4  Director, Federal Bureau of Investigation; Eric H. Holder, Jr., U.S. Attorney General, and Plaintiff

5  Avtar Singh Heera, hereby stipulate to hold matters in abeyance in the above-referenced case for a

6  period of ninety (90) days from the date of issuance of an order granting the stipulated abeyance.

7  Defendant also agrees to respond to Plaintiff's Complaint for a Writ of Mandamus and Declaratory

8  and Injunctive Relief at the close of this ninety (90) day period.  In further support thereof, the

9  parties say as follows:

10    1.  Plaintiff filed Form I-589, applications for asylum with USCIS on June 7, 1999, and June

11         14, 1999.

12    2.  On October 7, 1999, Plaintiff was granted asylum.

13    3.   On October 10, 2000, Mr. Heera filed with USCIS his Form I-485, application to adjust

14         status to that of a lawful permanent resident.

15    4.  On July 8, 2011, Plaintiff filed his Complaint for a Writ of Mandamus and Declaratory and

16         Injunctive Relief, which alleges that the delay in USCIS's adjudication of his application

17         for adjustment of status violates 8 C.F.R. § 1209.2; the Administrative Procedure Act, and

18         28 U.S.C. § 1361.

19    5.  After the filing of this Action, on August 25, 2011, USCIS issued Plaintiff a Notice of

20         Intent to Terminate Asylum Status ("NOIT"), alleging that Plaintiff's asylum status is

21         subject to termination based on a showing of fraud such that Plaintiff was not eligible for

22         asylum when it was granted.  Plaintiff is scheduled for an interview with USCIS on October

23         5, 2011, at 9:30 a.m.

24    6.  Both parties recognize that forthcoming administrative action by USCIS on the NOIT may

25         moot this matter.

26    7.  A decision by USCIS whether to terminate Plaintiff's asylum status will allow USCIS

27         continue to pursue its efforts to complete the adjudication of Plaintiff's adjustment of status

28         application within ninety (90) days of the issuance of the abeyance order requested herein.

STIPULATION TO HOLD MATTER IN ABEYANCE

8. In the interest of judicial economy, the potential for adjudication of Plaintiff's adjustment of status application within ninety (90) days from the date of issuance of the abeyance order requested herein merits grant of the abeyance.

WHEREFORE, with good cause having been shown, the parties hereby request that this Court issue an order granting an abeyance of matters in this case for a period of ninety (90) days from the date of issuance of the abeyance order.

Dated: September 6, 2011                                Respectfully submitted,

                                                        TONY WEST
                                                        Assistant Attorney General

                                                        ELIZABETH J. STEVENS
                                                        Assistant Director

                                                        /s/ Jeffrey S. Robins
                                                        JEFFREY S. ROBINS
                                                        Senior Litigation Counsel
                                                        Office of Immigration Litigation
                                                        Civil Division
                                                        U.S. Department of Justice

Dated: September 6, 2011                                 /s/ Shuting Chen (with consent)
                                                        SHUTING CHEN
                                                        Attorney for Plaintiff

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 16, 2011

                                        HON. LAUREL BEELER
                                        United States Magistrate Judge

STIPULATION TO HOLD MATTER IN ABEYANCE
No. 11-CV-3380-LB                        3